IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>DESIGNED METAL INSTALLATIONS, INC.,<br><br>Defendant. | Civil Action No. 1-13-cv-838 |

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Default Judgment (Dkt. No. 8). The Magistrate Judge issued a Report and Recommendation on November 1, 2013. (Dkt. No. 14). The Defendant filed no answer to the complaint, no opposition to Plaintiffs' motion, and no objection to the Magistrate Judge's findings.

Having reviewed the pleadings in this case as well as the Magistrate Judge's report, the Court hereby adopts the Magistrate Judge's recommendation. It is therefore **ORDERED** that default judgment be entered in favor of the Plaintiffs against the Defendant in the amount of $12,341.66.

November 21, 2013
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge